FILED ☑    LODGED ☐
RECEIVED ☐    COPY ☐

AUG 2 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Nicola Woznicki G029963
Name and Prisoner/Booking Number

Estrella Detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Nicola Woznicki
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone
(Full Name of Defendant)

(2) Clint Hickman

(3) Dawn Noggle

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01793-PHX-ROS--ASB**
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred: Estrella Dentition Facility

3. Phoenix Arizona 85009

Revised 12/1/20                    1                    **550/555**

**B.  DEFENDANTS**

1.  Name of first Defendant: Paul Pazone_____. The first Defendant is employed
as: Maricopa County Sheriff__ at __Estrella Detention Facility__
      (Position and Title)                              (Institution)

2.  Name of second Defendant: Clint Hickman__. The second Defendant is employed
as: Board Member_____ at __Estrella Detention Facility__
      (Position and Title)                              (Institution)

3.  Name of third Defendant: Dawn Noggle_____. The third Defendant is employed
as: Director Community Health at __Estrella Detention Facility__
      (Position and Title)                              (Institution)

4.  Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at _____.
      (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.  PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.  If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties:_____ v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    b.  Second prior lawsuit:
        1.  Parties:_____ v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    c.  Third prior lawsuit:
        1.  Parties:_____ v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth & Fourteenth Amendments.

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff names Maricopa County Sheriff Paul Penzone and Board of Director's Board member Clint Hickman in her two Count Complaint and Seeks monetary Damages. Plaintiff alleges penzone and Hickman Knowingly Housed her in a building that has been Condemed due to Black Mold, asbestos Since 2017 with galvanized piping. The defendant made an intentional decision with NO respect to the conditions under which the plantiff was Housed. Those conditions Put her in Substantial risk of suffering harm. By not taking the right measures, the defendant caused the plantiff's injuries.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   The Plaintiff is suffering from panic attacks - emotional stress - a hard time breathing and headaches.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NO, Plaintiff asked for PPE & Cleaning Supplies. Plaintiff was Denied. And Had mold problems.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _fifth amendments_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☒ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_The plantiff suffers from COPD Asthma and was put on a bunk near a air vent which has Black mold, asbestos spores._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_Plantiff suffers from Anixety - headaches - Asthma Attacks._

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   2. Did you submit a request for administrative relief on Count II?    ☐ Yes    ☒ No
   3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _They said the didn't have any where else they could move her._

4

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
     1.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☐ Yes       ☐ No
     2.   Did you submit a request for administrative relief on Count III?        ☐ Yes       ☐ No
     3.   Did you appeal your request for relief on Count III to the highest level?   ☐ Yes       ☐ No
     4.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

The Plaintiff is seeking $75,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8 - 17 - 2023                    *Nicole Wozniki*
                DATE                                   SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date _____ **August 21, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____


_____    **B4627**
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009